**TARRYMORE APARTMENTS, INC., Plaintiff–Appellant,**

v.

**CITY OF FORT LAUDERDALE, Gerald Jordan, John Smith, Floyd Johnson, Lori Milano, et al., Defendants–Appellees.**

No. 05–16116.

United States Court of Appeals, Eleventh Circuit.

Jan. 26, 2007.

John W. Williams, Ft. Lauderdale, FL, for Plaintiff–Appellant.

Hal B. Anderson, Clark J. Cochran, Jr., Billing, Cochran, Heath, et al., Ft. Lauderdale, FL, for Defendants–Appellees.

Before BLACK, MARCUS and KRAVITCH, Circuit Judges.

---

PER CURIAM:

Appellant Tarrymore Apartments, Inc., appeals from the district court's final order of September 22, 2005, dismissing the aforementioned case. After thorough review of the case and the briefs submitted by the parties, we affirm the decision of the district court.

**AFFIRMED.**